IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE RAMIREZ,

        Plaintiff,

v.                                      Case No. 1:21-cv-01080-KG-SCY

SAN MIGUEL HOSPITAL CORPORATION
D/B/A ALTA VISTA REGIONAL HOSPITAL;
ALTA VISTA REGIONAL HOSPITAL; QUORUM
HEALTH RESOURCES, LLC; ELIN RITCHIE,
MD; PFIZER, INC; AND GREENSTONE, LLC,

        Defendant.

**STIPULATED ORDER GRANTING UNOPPOSED MOTION
OF PLAINTIFF'S MOTION FOR EXTENSION TO REPLY
TO DEFENDANT GREENSTONE, LLC'S RESPONSE
TO PLAINTIFF'S MOTION TO REMAND**

THIS MATTER having come before the Court on the Unopposed Motion of Plaintiff for an Extension of Time to Reply to Defendant Greenstone, LLC's Response to Plaintiff's Motion to Remand, the parties having appeared by and through their respective counsel of record, the Court having read Plaintiff's Motion, reviewed the status of the pleadings in the matter and being otherwise fully advised on the premises,

FINDS:

The Unopposed Motion of Plaintiff for an Extension of Time to Reply to Defendant Greenstone, LLC's Response to Plaintiff's Motion to Remand is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

The deadline for Plaintiff to reply to Defendant Greenstone, LLC's Response to Plaintiff's Motion to Remand is extended to January 14, 2022.

*IT IS SO ORDERED.*

Dated: December 4, 2022

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED:

WORMINGTON & BOLLINGER

By: /s/ *Lennie F. Bollinger*
Lennie F. Bollinger
212 East Virginia Street
McKinney, Texas 75069
Telephone: (972) 569-3930
Facsimile: (972) 547-6440
lb@wormingtonlegal.com

Justin R. Kaufman
Rosalind B. Bienvenu
Caren I. Friedman
**DURHAM, PITTARD & SPALDING, LLP**
505 Cerrillos Road, Suite A209
Santa Fe, New Mexico 87501
Telephone: (505) 986-0600
Facsimile: (505) 986-0632
jkaufman@dpslawgroup.com
rbienvenu@dpslawgroup.com
cfriedman@dpslawgroup.com

*Attorneys for Plaintiff*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By   /s/ *Eric R. Burris*
Eric R. Burris
Debashree Nandy
201 Third Street NW
Suite 1800
Albuquerque, New Mexico 87102-4386
505.244.0770
eburris@bhfs.com
rnandy@bhfs.com

**STIPULATED ORDER GRANTING UNOPPOSED MOTION OF PLAINTIFF'S MOTION FOR EXTENSION TO REPLY TO DEFENDANT GREENSTONE, LLC'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND**

Jeffrey Horowitz (pro hac to be sought)
David Kerschner (pro hac to be sought)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
jeffrey.horowitz@arnoldporter.com
david.kerschner@arnoldporter.com

*Attorneys for Defendant Pfizer Inc.*

JACKSON LOMAN STANFORD DOWNEY
& STEVENS-BLOCK, P.C.

By ___*/s/ Meghan D. Stanford*___
    Meghan D. Stanford
    Kara Shair-Rosenfield
    201 Third Street NW, Suite 1500
    Albuquerque, NM 87102
    meghan@jacksonlomanlaw.com
    kara@jacksonlomanlaw.com

**STIPULATED ORDER GRANTING UNOPPOSED MOTION OF PLAINTIFF'S MOTION FOR EXTENSION TO REPLY TO DEFENDANT GREENSTONE, LLC'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND**

Page 3 of 4

Clem C. Trischler (pro hac to be sought)
Jason M. Reefer (pro hac to be sought)
PIETRAGALLO GORDON ALFANO BOSICK
& RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
cct@pietragallo.com
jmr@pietragallo.com

*Attorneys for Defendant Greenstone, LLC*

**STIPULATED ORDER GRANTING UNOPPOSED MOTION OF PLAINTIFF'S MOTION FOR EXTENSION TO REPLY TO DEFENDANT GREENSTONE, LLC'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND**

**Page 4 of 4**